FILED IN
COURT OF CRIMINAL APPEALS

June 17, 2015

ABEL ACOSTA, CLERK

AP-77,040
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 3:30:10 PM
Accepted 6/17/2015 3:35:01 PM
ABEL ACOSTA
CLERK

CAUSE NO. AP-77,040

| | | |
|---|---|---|
| **CEDRIC ALLEN RICKS** | * | IN THE COURT OF |
| Appellant | * | |
| | * | CRIMINAL APPEALS |
| | * | |
| **THE STATE OF TEXAS** | * | IN AUSTIN, TEXAS |
| Appellee | | |

## THIRD MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

COMES NOW, CEDRIC ALLEN RICKS, Appellant, by and through his attorney, MARY B. THORNTON, and files this his Third Motion for Extension of Time to File Appellant's Brief in the above styled and numbered cause requesting an additional thirty-three (33) days and in support of his motion would show this Honorable Court as follows:

I.

Appellant was reindicted for the offense of capital murder in cause number 1361004R on February 28, 2014. His case was assigned to the 371st Judicial District Court in Tarrant County, Texas. Appellant pleaded not guilty before a jury on May 5, 2014. On May 7, 2014, the jury found Appellant guilty of the offense as charged in the State's indictment. On May 16, 2014, the jury answered Special Issue No. 1 "yes," and Special Issue No. 2 "no." As a result the trial court sentenced Appellant to Death as required by law.

1

## II.

Pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure Appellant's brief was originally due to be filed in this Honorable Court on Tuesday, January 20, 2015. Two motions for extension of time have been requested by Appellant and granted by this Honorable Court for approximately five months, rendering Appellant's brief due on Monday, April 20, 2015, and Wednesday, June 17, 2015.

## IV.

Because of other cases, counsel for Appellant has not had sufficient time to prepare Appellant's brief in the above styled and numbered cause. In addition to counsel's appellate practice, counsel has a busy trial practice as well. Since April 20, 2015, the day of counsel's Second Motion for Extension, counsel has been in court twenty week days. From April the 21st through April the 23rd, 2015, counsel attended a capital murder seminar in Plano, Texas. From May 25, 2015, through June 3, 2015, counsel was on vacation which had been planned for nine months.

Counsel has also been preparing for trial in cause number 1368762D presently pending in the 213th Judicial District Court in Tarrant County, Texas styled The State of Texas v Sherman Peter Williams. Sherman's case was set for trial on Monday, June 8, 2015. Sherman is indicted for the offense of causing serious bodily injury to a family member with the use or exhibition of a deadly weapon, to wit: a knife. Counsel learned on Friday, June 5, 2015, that Sherman's case would likely not be reached. However,

counsel and her investigator spent the afternoon with Sherman in an attempt to negotiate a plea bargain agreement. Counsel and her investigator are still working on his case to bring this about.

Appellant's brief will contain at least twenty points of error. Counsel is in the process of researching and writing those points of error. Counsel has had a few new appointments over the past six weeks that need to be addressed. This morning when counsel entered her law office, which she owns, the roof in one of the other offices was leaking due to the excessive rain over the past couple of months. Counsel has spent the entire day dealing with this situation.

Therefore, counsel for Appellant requests this third extension of time for thirty-three (33) days not for purposes of delay but because it is necessary in order to render Appellant his constitutionally mandated effective assistance of counsel pursuant to *the Sixth and Fourteenth Amendments to the U.S. Const. and art. 1, sec. 9 of the Tex. Const.*

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court grant his Third Motion for Extension of Time to File Appellant's brief in the above styled and numbered cause for thirty (30) days and extend the deadline for filing Appellant's brief to Monday, July 20, 2015.

Respectfully submitted,


/s/Mary B. Thornton
MARY B. THORNTON
Attorney for Appellant
3901 Race Street
Fort Worth, Texas 76111
Telephone No.: (817) 759-0400
Telecopier No.: (817) 831-3002
Email: marybrabson01@gmail.com
State Bar #19713700


## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2015, a true and correct copy of the

above motion was eserved to the Hon. Debra Windsor, Chief of the Tarrant County

Criminal District Attorney's Office Post Conviction, Tim Curry Criminal Justice Center,

Fourth Floor, 401 West Belknap, Fort Worth, Texas, 76196, at

COAAppellateAlerts@tarrantcounty.com.


/s/Mary B. Thornton
MARY B. THORNTON


4